# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Linn, Richard | U.S. Court of Appeals, Fed Cir | 04/03/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals <br> 717 Madison Place, N.W. <br> Washington, DC 20439 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Intellectual Property Advisory Board, George Washington University Law School |
| 2. Past-President | The Giles S. Rich Intellectual Property American Inn of Court |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/02/00 | Marks & Murase Settlement Agreement and Release (for practice of law prior to 04/30/1997, with terms of capital reserves) |
| 2. | |
| 3. | |

RECEIVED
2006 APR -4 P 12: 36
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Circuit Bar Association | February 17-18 - Berkeley, CA - IP Law Seminar (Transportation, Meals, and Hotel) |
| 2. New York Intellectual Property Law Association | March 18-19 - NY, NY - 83rd Annual Judges' Dinner (Transportation, Meals, and Hotel) |
| 3. New York Intellectual Property Law Association | April 15 - NY, NY - IP Law Seminar (Transportation and Meals) |
| 4. Virginia State Bar | June 16-17 - Virginia Beach, VA - Bar Association Meeting (Transportation, Meals, and Hotel) |
| 5. Federal Circuit Bar Association | June 22-25 - Kiawah Island, SC - Bar Association Meeting (Transportation, Meals, and Hotel) |
| 6. DePaul Law School CIPLIT | September 21 - Chicago, IL - IP Law Seminar (Transportation and Meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Linn, Richard | 04/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital reserves held by Marks & Murase, L.L.P | | None | K | U | | | | | |
| 2. Cash Equivalent Account # 1 | A | Interest | J | T | | | | | |
| 3. Cash Equivalent Account # 2 | B | Interest | K | T | | | | | |
| 4. | | | | | Part Redeem | 4/4 | J | | |
| 5. | | | | | Part Redeem | 4/18 | K | | |
| 6. | | | | | Part Redeem | 8/9 | J | | |
| 7. Cash Equivalent Account # 3 | A | Interest | J | T | | | | | |
| 8. Brokerage Account # 5 | | | | | | | | | |
| 9. - Interamerican Development Bank Zero Coupon Bonds | | None | L | T | | | | | |
| 10. - JP Morgan Chase Cap X Preferred Stock | A | Interest | | | Redeem | 8/18 | J | A | |
| 11. Brokerage Account # 7 | | | | | | | | | |
| 12. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 13. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 14. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 15. Brokerage Account # 8 | | | | | | | | | |
| 16. - AMCAP Fund Class 529A (X) | A | Dividend | J | T | | | | | |
| 17. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/03/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 19. - Cash Management Trust of America Class 529A | A | Dividend | J | T | | | | | |
| 20. Brokerage Account # 9 | | | | | | | | | |
| 21. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 22. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 23. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 24. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 25. Brokerage Account # 10 | | | | | | | | | |
| 26. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 27. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 28. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 29. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 30. Brokerage Account # 11 | | | | | | | | | |
| 31. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 32. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 33. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 34. Brokerage Account # 12 | | | | | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset ex from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - AMCAP Fund Class 529A (X) | A | Dividend | J | T | | | | | |
| 36. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 37. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 38. - Cash Management Trust of America Class 529A | A | Dividend | J | T | | | | | |
| 39. Brokerage Account # 13 | | | | | | | | | |
| 40. - American Funds Growth-Income Separate Account | | None | L | T | | | | | |
| 41. - American Funds Growth Separate Account | | None | M | T | | | | | |
| 42. - T. Rowe Price Large Cap Growth Portfolio Separate Account | | None | M | T | | | | | |
| 43. - Harris Oakmark Large Cap Value Separate Account | | None | M | T | | | | | |
| 44. - Russell 2000 Index Portfolio Separate Account | | None | L | T | | | | | |
| 45. - FI International Stock Portfolio Separate Account | | None | M | T | | | | | |
| 46. Brokerage Account # 14 | | | | | | | | | |
| 47. - Neuberger Berman Real Estate Portfolio Separate Account | | None | K | T | | | | | |
| 48. - MetLife Stock Index Portfolio Separate Account | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/03/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _April 3, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544